| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|
| | Nomination Report | |

# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br>Matsumoto, Kiyo A. | 2. Court or Organization<br>U.S. District Court (E.D.N.Y.) | 3. Date of Report<br><br>3/12/08 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>District Judge -- Nominee | 5. Report Type (check appropriate type)<br>_x_ Nomination, Date: 3/11/08<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/07<br>to<br>2/29/08 |
| 7. Chambers or Office Address<br>U.S. Courthouse<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Board member and Vice Chair | Federal Bar Council |
| 2 | Board member | Residential coop |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| **A. Filer's Non-Investment Income** | | | |
| | ☒ NONE (No reportable non-investment income.) | | |
| | | | $ |
| | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | |
| 1 | 2008 | Art teacher, salary |
| 2 | 2007 | Art teacher, salary |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| 1 Exempt | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| 1 Exempt | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities.) | | |
| 1 Chase Credit Card | Balance transfer | J |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

1. Income/Gain Codes    A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Matsumoto, Kiyo A. |
| Date of Report | 3/12/08 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Citibank Smith Barney (IRA) | B | Interest | K | T | Exempt | | | | |
| 2 HSBC Accounts | B | Interest | K | T | | | | | |
| 3 New England Variable Life | B | Int./Div. | K | T | | | | | |
| 4 Charit. Rem.Trust (North'n. Trust Sec.) | E | Int./Div. | N | T | | | | | |
| 5 Memorial Partnership | D | Rent | L | Q | | | | | |
| 6 Series EE Savings Bonds | | None | J | T | | | | | |
| 7 Charles Schwab IRA/Accounts | C | Int./Div. | K | T | | | | | |
| 8 TimeWarner(part of IRA)(common) | A | Int./Div. | J | T | | | | | |
| 9 Colgate Palmolive (common) | A | Int./Div. | J | T | | | | | |
| 10 Proctor & Gamble (common) | A | Int./Div. | J | T | | | | | |
| 11 Hewlett Packard (common) | A | Int./Div. | J | T | | | | | |
| 12 Diversified Investment Thrift Plan | B | Int./Div. | M | T | | | | | |
| 13 NY State Education Fund | A | Interest | J | T | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | F=$15,001-$50,000 |
| | | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4= More than $50,000,000 | | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# III. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

\RT III.A. FILER'S NON-INVESTMENT INCOME

)n-investment income was received during the reporting period as salary for duties as a United States Magistrate Judge.

\RT VII. INVESTMENTS AND TRUSTS

)L is now Time Warner.

lette in prior reports is now listed as Proctor & Gamble (the value of which is less than $5000).

1aritable Remainder Trust

1aritable Remainder Trust is in Northern Trust Securities (Value as of 2/29/08: $303,330.44):

Dodge & Cox Income: $152,843.30

Vanguard GNMA: $76,805.83

Vanguard Longterm Invmt. Grade: $73,595.49

Cash: $85.82

# L. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is 2urate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable tutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in mpliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

gnature _____ Date __3/12/08__

)TE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE BJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 44 | 300 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 4 | 850 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 318 | 297 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 172 | 274 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | . | 11 | 600 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 378 | 410 |
| Real estate owned-add schedule | 2 | 600 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | | | | | | |
| Cash value-life insurance | | 20 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| Memorial Partnership | | 100 | 000 | | | | |
| CSRS / TSP (approximate) | | 250 | 000 | | | | |
| | | | | Total liabilities | | 390 | 010 |
| | | | | Net Worth | 3 | 119 | 711 |
| Total Assets | 3 | 509 | 721 | Total liabilities and net worth | 3 | 509 | 721 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |